**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

March 13, 2024

_____

NOTICE

_____

No. 23-4013,   US v. Andre Briscoe
                1:20-cr-00139-RDB-1

Dear Counsel:

This case is calendared for oral argument on March 22, 2024.

The court has changed the starting time for oral argument in your case.

Arguments will begin promptly at 9:30 a.m. Accordingly, please register in the

Circuit Library, located in Room 101, between 8:45 and 9:00 a.m.

Naeemah R. Sims, Calendar Clerk
804-916-2714