**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,    } | |
|      *Appellee*    } | |
|    } | Appeal Nos. 23-4013 |
| v.    } | |
|    } | |
| ANDRE BRISCOE,    } | |
|      *Appellant*    } | |

## **MOTION TO WITHDRAW**

    COMES NOW counsel for the appellant, Andre Briscoe and moves to withdraw as counsel pursuant to Fourth Circuit Local Rule 46(d) for the following reasons:

    1. On April 30, 2024the United States Court of Appeals filed an published opinion affirming the appellant's conviction in this matter.

    2. On May 10, 2024 counsel filed a Petition for an En Banc Hearing at the request of the client. On June 6, 2024 the United States Court of Appeals denied the Motion for an En Banc Hearing.

    3. On June 10, 2024 counsel provided my client Andre Briscoe a written letter, both mailed and e-mailed explaining the Certiorari process and the reasons that I as his attorney do not believe that a Writ of Certiorari would meet the criteria of Supreme Court Rules of Procedure 10 and that if wished to proceed with a Writ of Certiorari I would be filing a Motion to Withdraw.

    3. Counsel believes, after a conscientious examination of the Court's order and opinion, the applicable law, and the considerations for review stated in Supreme Court Rule 10, that a petition for writ of certiorari would be frivolous. Therefore, counsel requests permission to withdraw from further representation of the appellant.

    4. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed the government of the intended filing of this motion. The government has no objection.

    5. Undersigned counsel has served a copy of this motion on appellant. By letter sent with the copy of the motion, counsel has also informed appellant in writing of his right to respond to the motion within seven days, in accordance with Local Rule 46(d).

1

Respectfully Submitted,


By:

/s/ Marc Gregory Hall
_____
Marc Gregory Hall
Law Office of Marc G. Hall, PC
6411 Ivy Lane
Suite 304
Greenbelt, MD 20770
(240) 205-3041
*Counsel for Appellant Andre Briscoe*


**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed through the Court's ECF/CM system, on September 2, 2020 which automatically sends a notice of the filing to all registered parties and mailed, first class, postage pre-paid to Andre Ricardo Briscoe, Register Number 01931-509, USP HAZELTON, U.S. PENITENTIARY, P.O. BOX 2000, BRUCETON MILLS, WV 26525


/s/ Marc Gregory Hall
_____
Marc Gregory Hall
*Counsel for Appellant Andre Briscoe*